

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2021

No. 04-20-00134-CV

**H.L. ZUMWALT CONSTRUCTION, INC.**,
Appellant

v.

**ROAD REPAIR, LLC**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVQ002791D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

The Appellee's Unopposed Motion for Extension of Time to File Motion for Rehearing is hereby GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2021.

_____
Michael A. Cruz,
Clerk of Court